# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Bobby Orlando Foster, Jr.,

    Petitioner,

vs.

D. Drew,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:09cv118

DECISION BY COURT.  This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/25/2009 Order.

Signed: March 25, 2009

Frank G. Johns, Clerk
United States District Court